IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-02302-PAB-CBS

UNITED STATES OF AMERICA, *ex rel.*
JOAN HOWARD,

    Plaintiff,

v.

BIOREFERENCE LABORATORIES, INC.,

    Defendant.

---

# ORDER

---

THIS MATTER comes before the Court upon the United States of America's Motion to Unrestrict Case and Maintain Level 2 Restriction of Certain Pleadings [Docket No. 19]. It is

**ORDERED** that the Clerk of the Court is directed to unrestrict this case. It is further

**ORDERED** that the Complaint [Docket No. 1], the Notice of Election to Decline Intervention and accompanying Order [Docket No. 16], the Motion to Dismiss with Prejudice [Docket No. 17], the Consent to Relator's Motion to Dismiss with Prejudice [Docket No. 18], the Motion to Unrestrict Case and Maintain Level 2 Restriction of Certain Pleadings [Docket No. 19], and this Order shall be unrestricted and publicly accessible. It is further

**ORDERED** that the United States' motions for extensions of time [Docket Nos. 8-9, 11-12, and 14-15] shall remain at a Level 2 restriction.

DATED March 12, 2014.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge